IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHERINE M.A.,

    Plaintiff,

v.                               Civil Action No. 3:19cv649

ANDREW SAUL, Commissioner
of Social Security,

    Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on February 2, 2021 (ECF No. 18), the plaintiff's OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (ECF No. 18), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION (ECF No. 19), and having considered the record and the REPORT AND RECOMMENDATION (ECF No. 18) and finding no error therein, it is hereby ORDERED that:

(1) The plaintiff's OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (ECF No. 18) are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 17) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) The plaintiff's MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, MOTION FOR REMAND (ECF Nos. 13 and 14) are denied;

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 16) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 30, 2021